■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ANTONSANTI, Appellant. [847 NYS2d 893]—Judgment, Supreme Court, New York County (Bruce Allen, J.), rendered on or about February 16, 2006, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Saxe, Friedman, Gonzalez and Catterson, JJ.